**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Maria Andres, Plaintiff<br> v.<br>Trademark Hospitality Group Inc. (d/b/a Ramada Hotel & Conference Center)<br>Defendant | Case No. 17-cv-1964<br>The Honorable Manish S. Shah |

## JOINT STIPULATION OF DISMISSAL

The parties to the above entitled action, by their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), stipulate that this matter shall be dismissed in its entirety, with prejudice, with each party incurring its own attorneys' fees and costs.

Respectfully submitted on Monday, April 09, 2018.

/s/ Valentin T. Narvaez  
Plaintiff's Counsel  
Consumer Law Group, LLC  
6232 N. Pulaski, Suite 200  
Chicago, IL  60646  

/s/ Robert A. Habib  
Defendant's Counsel  
Attorney at Law  
77 West Washington St., Suite1506  
Chicago, IL 60602